ATCHLEY & DELGADO, LLP
ATTORNEYS AT LAW
1819 E. SOUTHERN AVE, SUITE A-10
MESA, ARIZONA 85204
(480) 497-5009
FAX (480) 497-5029
mark@arizonabk.com

Mark R. Atchley  21419
Attorney for Debtors

IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: April 18, 2011



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re : <br><br> Cynthia Lynn Jarvis, <br><br><br> Debtors. | CHAPTER 13 No. 10-bk-37948-RJH <br><br> ORDER AMENDING PROOF OF CLAIM FILED BY US BANK, N.A. (CLAIM #8) |

**THIS CAUSE** coming on to be heard, and being heard, before the undersigned Judge of the United States Bankruptcy Court for the District of Arizona, pursuant to the objection to the claim of the creditor named above filed by the Debtor; and

**IT APPEARING** to the undersigned that this Court has jurisdiction over the parties and over the subject matter of this objection; and

**IT FURTHER APPEARING** to the undersigned that all parties in interest received notice of this objection and that no such parties have filed any timely objections or otherwise appeared in opposition to the said objection and that the time for filing any such objection has expired; and

**IT FURTHER APPEARING** to the undersigned that the relief requested by the Debtor in his objection is consistent with the applicable provisions of Title 11 of the United States Code and that the Debtor have established good and sufficient cause to grant said relief; and

**IT FURTHER APPEARING** to the undersigned that the objection of the Debtor to the arrears in the proof of claim of US Bank, N.A. Company should be sustained; and

**IT FURTHER APPEARING** to the undersigned that the Chapter 13 Trustee should and is hereby directed to amend the claim of US Bank, N.A. an allowable arrearage amount of $ 39,186.1; and

**IT FURTHER APPEARING** to the undersigned that US Bank, N.A. is hereby precluded from filing any amended, modified or supplemental proof of claim in this case, unless it accounts for said changes in arrears owed.

**IT IS THEREFORE SO ORDERED.**

**SIGNED AND DATED ABOVE**